# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

| | |
|---|---|
| **DEBTOR INFORMATION:**<br>Ronald Love | **BANKRUPTCY NO.** 1:09−bk−16756−GM<br><br>**CHAPTER** 13 |

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−5188
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 9/25/09

**Address:**
11319 Glenoaks Blvd
Pacoima, CA 91331−1623

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

| | |
|---|---|
| Dated: September 25, 2009 | BY THE COURT,<br>**Jon D. Ceretto**<br>Clerk of Court |

(Form od13a VAN−150) Rev. 03/09    **26 / PGN**